FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 2 2005
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JOHN MARTIN HUNSINGER and
JANET HUNSINGER,

        Plaintiffs,

   -against-

LEEHI INTERNATIONAL aka RAGTIME
DELI aka ANERO ENTERPRISES and
HOBE SOUND MOBILE HOME PARK,

        Defendants.
----------------------------------------------------X

**REPORT AND RECOMMENDATION**
04 CV 1897 (ERK)(LB)

*Order*

I adopt the alternative recommendation of the U.S. magistrate. The case is transferred to the U.S. District Court for the Southern District of Florida.

[signature] 7/14/05

**BLOOM, United States Magistrate Judge:**

Plaintiffs John Martin Hunsinger and Janet Lee Hunsinger, proceeding *pro se*, bring this action alleging breach of contract and related claims against defendants Leehi International ("Leehi") and Hobe Sound Mobile Home Park ("Hobe") in connection with the purchase of a home. Plaintiffs' complaint alleges no cognizable federal question; therefore, the only basis for this Court's subject matter jurisdiction is diversity of citizenship. Although plaintiffs and defendants appear to be diverse from one another, plaintiffs' complaint fails to allege the amount in controversy required for federal jurisdiction based on diversity. Accordingly, it is respectfully recommended that this case should be dismissed for lack of subject matter jurisdiction.

**BACKGROUND**

Plaintiffs' complaint states that "[t]he Jurisdiction of this court is invoked pursuant to consolidated law chapter 20 article 22a." It is unclear what law plaintiffs intended to reference, as